Case 4:16-cv-00823   Document 79   Filed in TXSD on 10/13/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILIP E. ASHCRAFT, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-16-823 |
| CORE LABORATORIES, LP., *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

On this 12th day of October, 2016 Plaintiffs Phillip E. Ashcraft and Christopher D. Gandara, individually and on behalf of others similarly situated and Defendants Core Laboratories LP d/b/a ProTechnics, Core Laboratories LLC, and John Kalika filed their Joint Motion for Approval of Confidential Settlement Agreement and Release and Dismissal of Lawsuit with Prejudice. After considering the Joint Motion, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED. The Confidential Settlement Agreement is approved and Plaintiffs' action is DISMISSED with prejudice.

Signed at Houston, Texas on October 13, 2016.

_____
Gray H. Miller
United States District Judge